IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:10cr3HTW-FKB

MELISSA R. MCCLELLAND a/k/a
**Melissa Rachelle McClelland Garrett**

ORDER AMENDING CRIMINAL INDICTMENT

THIS CAUSE having come on before the Court on motion of the Government to amend the criminal indictment to reflect the name of the defendant as "MELISSA R. MCCLELLAND a/k/a **Melissa Rachelle McClelland Garrett**," and being fully advised in the premises and counsel for the defendant not objecting, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the criminal indictment in this cause is hereby amended to reflect the defendant's name as "MELISSA R. MCCLELLAND a/k/a **Melissa Rachelle McClelland Garrett**."

SO ORDERED AND ADJUDGED this the 4th day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE